John L. Gerety, Appellant, v. Continental Public Works Company, Respondent.— Order affirmed, with ten dollars costs and disbursements, upon the authority of *People* v. *Remington* (45 Hun, 329, 338; affd., 109 N. Y. 631); *Matter of Stryker* (73 Hun, 327; affd., 158 N. Y. 526). Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Hyman Blume.athal, Appellant, v. The Long Island Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

Alexander Anderson, Respondent, v. Annie Knobloch and Others, Defendants, Impleaded with New York Inter-Urban Water Company, Appellant.— Interlocutory judgment affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Woodward, JJ., concurred.

William Estabrook, Respondent, v. Newburgh Light, Heat and Power Company, Appellant, Impleaded with Orange County Traction Company, Defendant.— Judgment and order affirmed, with costs. No opinion. Hirschberg, Woodward and Rich, JJ., concurred; Jenks, P. J., and Burr, J., dissented on the authority of *Estabrook* v. *Newburgh Light, Heat & Power Co.* (141 App. Div. 683).

Helen Margaret Ferguson, an Infant under the Age of Fourteen Years, by William Ferguson, Her Guardian ad Litem, Respondent, v. The Town of Lewisboro, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Jenks, P. J., Thomas, Carr, Woodward and Rich, JJ.

Edward S. Green, Appellant, v. Edward B. Brady, Respondent.— Judgment reversed and new trial granted, costs to abide the event, upon the ground that an issue of fact was presented which should have been submitted to the jury. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Clarence E. Hopkins, Respondent, v. John Lindner and Helena Lindner, Appellants, Impleaded with Others, Defendants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.